**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAIME J. CORES (PROSE)**<br>**37 SIBLEY STREET**<br>**PROVIDENCE, RHODE ISLAND 02907** | : | |
| **VS.** | : | **CA NO. 05-313** |
| **JAMES C. CARLETON, MS (IN HIS CAPACITY AS CODAC BEHAVIORAL HEALTHCARE) DIRECTOR OF OPIOID TREATMENT SERVICES**<br>**1052 PARK AVENUE, CRANSTON, RI 02910** | : | |

**MOTION TO DISMISS**

Now comes your Defendant, James C. Carleton, and prays this Honorable Court dismiss that Petition filed by the Plaintiff on or about the 17th day of July 2005 and for said motion states as follows:

1. The Plaintiff, on or about February 22, 2005, filed a substantially similar petition before this Honorable Court, CA No. 05-76T;

2. In 05-76T, the Court reviewed the pleadings filed by the Plaintiff and also held a hearing on March 7, 2005;

3. On March 9, 2005 this Honorable Court, after examining the standard of review required, took great length to discuss the issues presented, dismissed the matter pursuant 28 USC Section 1915(e)(2), a copy of the Court's report and recommendations for dismissal pursuant to 28 USC Section 1915 (e)(2) is attached for the Court's ready reference;

4. On or about July 17, 2005, Jaime J. Cores filed a new action in Federal Court, file number CA 05-313;

5. In large part it repeats the same issues presented in his original Petition above-recited;

6. Your Defendant respectfully suggests that this Court is without jurisdiction over the subject matter and that the action is frivolous;

7. Your Defendant further avers that James C. Carleton, in his capacity as CODAC Behavioral Healthcare, does not have the authority to fashion a remedy.

WHEREFORE your Defendant prays this Honorable Court dismiss Plaintiff's Petition.

Defendant,
By and through his attorney,

Daniel V. McKinnon (#0669)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, via certified mail, to Jaime J. Cores (Prose), 37 Sibley Street, Providence, RI 02907 on the 2nd day of August 2005.