**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-313ML** **DATE: September 29, 2005**

**TITLE: Jaime Cores v. James Carleton**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Jaime Cores, Pro Se
Daniel McKinnon, Esq.
Ana-Cecilia Rosado, Spanish Interpreter for Plaintiff

**PROCEEDING:** Motion to Dismiss

Atty McKinnon argues.
Court interpreter reads letter written by Plaintiff
Court questions Plaintiff.
Atty McKinnon rebutes.
Plaintiff addresses the Court.
Court takes under advisement.
R&R to follow.