1.

**UNITED STATES FEDERAL DISTRIC COURT**
**DISTRIC OF RHODE ISLAND**

JAIME J. CORES C.A. No. 05-313ML

V.

JAMES CARLETON, in his capacity as Director of Opioid Treatment Services at CODAC 11

<u>Appeal to the District Court's decision</u>

First of all, this court is discriminating against me, because I speak broken English. I ask to have someone talk on my behalf (My daughter's mother) also the person who is my representative payee and the person who takes care of all my legal issues and medical issues, (because I am mentally incompetent) and yet, this court told me that she could not speak on my behalf, even though I gave her permission IN FRONT of the court!!!!!. I am claiming The Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112. I had no money to pay an attorney and this is why I brought my common law wife, and the court refused to let her speak or at least to assist me in addressing the court. This is why I am claiming that I did not get a fair trial; she is also my witness to many instances where CODAC discriminated against me by not giving me the proper papers to file a grievance, and in all occasions basically, by not answering to any of the grievances filed by me and on my behalf. The papers that this court has sent me so far are all in English and I don't understand what they say. I have no money to get them translated and I feel that this is v

Very disrespectful to non-English speaking people especially when we have a lot of people in this country that speak Spanish. I am asking for this court to translate the documents specially because I am an indigent plaintiff and the court knows that I had an interpreter at the hearing, which was provided by the court. I shall at least have the same rights as a person that speak English, with this I am saying that I have the right to understand what the courts decision is by providing it in my own language. I have people from CODAC that are singled out, I am following up with HIPPA a filing a formal complaint with them. I am also not asking for ANY PRIVILEDGE THIS IS NOT A PRIVILEDGE HOW LOOOOOOOOWWW CAN THIS PEOPLE GET. I AM NOT ASKING FOR SPECCCIALLL PRIVILEDGE HERE, THIS is my body and if I can get the dose in RI then I shall be able to get it out of state. This is what I was told from day one. From what was sigh translated to me, this court does not understand what a mentally incompetent patient is telling the court. I think that a third grade student would understand more what I am saying than this court, will all of your respect, God knows how many cases you have let slip because of people like me, all this court shall do, Is tell CODAC to do their job, and ask them for papers sign by their patient when they went in, about the rules of the program. Also about the rules on dosing out of the state. This of course since day one when people went to the program, NOT AFTER. Also, about the rules they have on GRIEVANCE. THAT IS ALL; AFTER ALL WE ARE 3RD CLASS CITIZENS, RIGHT? You don't even have to ask smart questions. Rules 42 C.F.R.§ 8.12

talks about the regulations and dispensing, and use" of methadone and other medications It does not say that you cannot go another state and dose out of state, so I want to know why it is only me that is not allow to dose out of the state. You see, I am being discriminated against because I was able to dose in Florida a few times, and yet I was not able to dose in Philadelphia, what is this? it takes a blind person, ( with the respect of this court) it takes a blind person, to not see what is going on here. Does this court understand what it is to have a family any ways?; this court is so used to denying people their freedom to protect society that is treating me like a prisoner too. I am not in jail, hello? I am supposed to be a free man with constitutional rights and all, do you even know what the constitution is or says? Yes, I will appeal this case to the US SUPREME COURT IF I AM NOT GIVING MY INFORMATION IN SPANISH, AND IF YOU DON'T ALLOW ME TO HAVE A PERSON THAT I DESIGNATED TALK ON MY BEHALF SINCE, OF COURSE YOU ARE NOT ALLOW TO GIVE ME A LAWYER, MAYBE THAT IS WHAT I NEED TO FIGHT FOR AFTER ALL, A FREE LAWYER FOR PEOPLE LIKE ME WHO HAS BEEN DISCRIMINATED AGAINST FOR NOT BEEN Mentally COMPETENT OR SPEAKING ENGLISH.

I DO WANT TO THANK THE JUDGE FOR BEEN SO PATIENT DURING THE HEARING; I DO UNDERSTAND THAT HE ALREADY HAD MADE THE DESICION EVEN BEFORE WE STARED. THE REASON BEING, THAT THIS COURT DOES NOT REALLY UNDERSTAND HOW TO WORK WITH PEOPLE LIKE ME, WHO DON'T SPEAK ENGLISH AND WHO HAVE MENTAL

Att

Jaime J. Cora

DISABILITIES. AFTER ALL, IN THIS COUNTRY YOU MUST FIGHT IN ORDER TO MAKE PEOPLE UNDERSTAND THAT PEOPLE WHO ARE POOR HAVE RIGHTS TOO, IF IT WAS NOT FOR MARTIN LUTHER KINGS FIGHTS WE WOULD STILL HAVE SEGREGATION GOING ON TODAY, NOT ONLY THAT BUT IF IT WASN'T FOR PEOPLE WHO FOUGHT FOR THE AMERICAN DISABILITIES ACT, WE WILL NOT HAVE PEOPLE IN WHEEL CHAIR GETTING FAIR TREATMENT OR EVEN WOMEN AT NON TRADITIONAL JOBS, ETC, ETC...

I AM APPEALING TO THIS COURT TO REVIEW MY COMPLAINT, AND TO ALLOW ME TO BRING MY WITNESSES TO TESTIFY ON HOW CODAC HAS DISCRIMINATED AGAINST ME, AND PEOPLE FROM CODAC WHO WILL COME TO TALK ABOUT HOW THEY CHOOSE TO DISCRIMINATE SOME PEOPLE AND NOT OTHERS. Also, The person I sue did not show up in court. The lawyer did not know really what happened to me. This is disrectpectful because he lie in ct last (The other lawyer) time.

I JAIME CORES CERTIFY THAT I SEND A COPY OF THIS APPEAL TO THE DISTRICT COURTS DECISION TO CODAC ON 0CTOBER 26, 2005 BY CERTIFY MAIL.(WITHIN THE 10 DAY PERIOD, AFTER I RECEIVED IT)

ATT, JAIME CORES (PROSE)

Jaime J. Cores