UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAIME J. CORES

v.                                                                                          CA 05-313ML

JAMES CARLETON, in his capacity
as Director of Opioid Treatment
Services at CODAC II

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's Objection to the Report and Recommendation issued by Magistrate Judge Almond on October 13, 2005. This Court has reviewed the Report and Recommendation and plaintiff's Objection. The Objection does not address the legal bases for Magistrate Judge Almond's recommendation that plaintiff's suit be dismissed. Rather, plaintiff expresses his frustration with the rules CODAC follows in administering its methadone program. The Court finds that Magistrate Judge Almond's legal analysis of the viability of plaintiff's claims is sound and well-founded in relevant precedent. Accordingly, this Court adopts the Report and Recommendation in its entirety. The complaint is dismissed.

SO ORDERED:

_____
Mary M. Lisi
United States District Judge
October 27, 2005