# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JAIME J. CORES**

**v.**

**C.A. NO: 05-313ML**

**JAMES CARLETON, in his capacity as Director of Opioid Treatment Services at CODAC II**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, James Carleton, in his capacity as Director of Opioid Treatment Services at CODAC II against the plaintiff, Jaime J. Cores, pursuant to the Memorandum and Order dated October 27, 2005 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond pursuant to Title 28 U.S.C. § 636(b)(1) GRANTING the defendant's Motion to Dismiss.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: October 27, 2005**